THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 156679
    United States Attorney's Office
    U.S. Courthouse, Suite 1400
    312 N. Spring St.
    Los Angeles, CA 90012
    Telephone: (213)894-2569
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>     v.<br><br>$237,785.00 IN U.S. CURRENCY,<br><br>      Defendant.<br><br>_____<br><br>KENT LA, JOHN LA, NANCY LA,<br>CINDY LA, DAVID LA, JULIE LA<br>and WILLIAM LA,<br><br>      Claimants.<br>_____ | CV 04-0036-SGL (RNBx)<br><br>CONSENT JUDGMENT |

    In its complaint in this action, plaintiff United States of America (the "government") alleged that the defendant $237,785.00 in U.S. Currency (the "defendant currency") is subject to forfeiture

pursuant to 18 U.S.C. § 981(a)(1)(C).  Claimants Kent La, John La, Nancy La, Cindy La, David La, Julie La and William La (collectively, the "claimants") filed their claims of interest and answers disputing the government's allegations.

The claimants's collective claim to the defendant currency was limited to $208,000 of the defendant currency, and this court previously entered a default judgment of forfeiture as to the remaining $29,785.00 of the defendant currency.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3.   Notice of this action has been given as required by law.  No appearance has been made in this action by any person other than the claimants, and the time to file claims and answers has expired as to all other potential claimants.  The Court deems that all potential claimants other than the claimants admit the allegations of the Complaint to be true, and hereby enters default against all such potential claimants.

4.   $29,785.00 of the defendant currency has already been forfeited to the United States.

5.   The remaining $208,000 of the defendant currency shall be used toward partial satisfaction of the restitution order in the

amount of $1,678,743.30 to the California State Board of Equalization in <u>The State of California v. La</u>, BA 270564.

6. The claimants hereby release the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf any of the claimants, arising out of or related to this action, or the seizure or possession of the defendant currency. The claimants represent and agree that they have not assigned and are the rightful owners of such claims, causes of action and rights.

7. The claimants also agree to hold harmless and indemnify the United States, the United States Attorney's Office, the Bureau of Alcohol, Tobacco, Firearms and Explosives and their employees from all claims by third party to any of the $208,000 being used toward partial satisfaction of the restitution order.

8. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. This Consent Judgment is solely caused by the parties' desire not to further litigate this action, and does not constitute a judgment, order or ruling on the merits of this action or of any

litigated matters. This judgement shall not have any res judicata, collateral estoppel, claim preclusion or issue preclusion effects whatsoever.

10. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: August 20, 2009

*/s/ S.G. Larson*

UNITED STATES DISTRICT JUDGE

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: August 10, 2009          THOMAS P. O'BRIEN
                                 United States Attorney

                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 _____/S/_____
                                 PIO S. KIM
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America


DATED: June __, 2009             _____/s/_____
                                 KENT LA
                                 Claimant


DATED: July 13, 2009             _____/s/_____
                                 JOHN LA
                                 Claimant

4

(Signature page continues)

DATED: August 3, 2009                    /s/
                                    NANCY LA
                                    Claimant

DATED: August 3, 2009                    /s/
                                    JULIE LA
                                    Claimant

DATED: July 31, 2009                     /s/
                                    WILLIAM LA
                                    Claimant

DATED: June 15, 2009                     /s/
                                    DAVID LA
                                    Claimant

DATED: August 3, 2009                    /s/
                                    CINDY LA
                                    Claimant

    Approved as to form and content.

DATED: August 5, 2009                    /s/
                                    PAUL L. GABBERT

                                    Attorney for Claimants
                                    Kent La, John La, Nancy La, Cindy La,
                                    David La, Julie La and William La

1